The order below is hereby signed.

Signed: March 31 2014



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                           )
                                )
PIERRE PHILIPPE BARKATS,        )   Case No. 14-00053
                                )   (Chapter 7)
            Debtor.             )

ORDER TO SHOW CAUSE WHY DEBTOR OUGHT NOT BE HELD IN CONTEMPT

The court issued an *Order Directing Debtor to File List of Creditors and Mailing Matrix* (Dkt. No. 10). The debtor has not complied with that *Order*. Accordingly, it is

ORDERED that the debtor is directed to appear at a hearing before this court on **April 22, 2014** at **10:00 a.m.**, to show cause why the court ought not hold him in civil contempt for failure to comply with the court's *Order*, unless the court cancels the hearing prior to that date based upon the debtor's compliance with the *Order*.

[Signed and dated above.]

Copies to: Debtor by hand mailing; Recipients of e-notification of orders.

R:\Common\TeelSMC\SMC\Orders\Barkats OTSC contempt.wpd