UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| PIERRE PHILIPPE BARKATS, | : | Case No. 14-00053 |
| | : | Chapter 7 |
| Debtor | : | |
| _____ | : | |

## RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW Pierre Philippe Barkats ("Barkats"), by and through his counsel, Cohen, Baldinger & Greenfeld, LLC, and files this Response to the Order to Show Cause Why Debtor Ought Not Be Held in Contempt (the "Show Cause Order") issued by the Court on April 1, 2014, and shows this Honorable Court as follows:

1. The present involuntary bankruptcy case was filed by three putative creditors of Barkats: Panagiotis Kalellis; Vladimir Shekoyan; and Laura Zaporojan (collectively, the "Petitioners") on January 30, 2014.  The Court entered an Order for Relief against Barkats on February 27, 2014.

2. On April 16, 2014, Barkats filed a Motion seeking to vacate the Order for Relief entered in the case (the "Motion to Vacate"), submitting that he was not properly served with the petition and summons.

3. As set forth in the Motion to Vacate, Barkats is a French resident, and the petitioners improperly attempted to serve him with the petition and summons at an address in Chevy Chase, Maryland, despite knowing that Barkats did not reside at that address.  Such service was improper under Fed. R. Bankr. P. 7004(a) and (b).

4. Barkats respectfully requests the Court lift the Show Cause Order.  The Show Cause Order was entered after Barkats did not file a mailing matrix and list of creditors required

-1-

of an adjudicated involuntary debtor. In the event the Court vacates the Order for Relief, Barkats should be given an opportunity to respond to the involuntary petition after proper service, before filing a mailing matrix and list of creditors in the case. If the Court denies the Motion to Vacate, Barkats shall file all documents required in the case promptly as the Court directs.

5. Because he has not been appropriately served with the petition and summons, Barkats respectfully requests the Court lift the Show Cause Order and permit him to respond to the petition after proper service, prior to filing a list of creditors or mailing matrix in the present case.

WHEREFORE, for the foregoing reasons, Barkats respectfully prays the Court lift the Show Cause Order in the present case, and grant such other relief as it finds just and proper.

                                             COHEN, BALDINGER & GREENFELD, LLC

                                             _____/s/_____
                                             Merrill Cohen, Esq. (Bar No. 381169)
                                             Augustus T. Curtis, Esq. (Bar No. 993228)
                                             2600 Tower Oaks Boulevard, Suite 103
                                             Rockville, MD 20852
                                             (301) 881-8300
                                             Attorney for Pierre P. Barkats

## **CERTIFICATE OF SERVICE**

I certify that the foregoing Response was served, this 17th day of April, 2014, via United States Mail, postage prepaid on: Panagiotis Kalellis, 1308 Clifton Street, NW, #207, Washington, DC 20009; Vladimir Shekoyan, 5204 45th Street, NW, #B, Washington, DC 20015; Laura Zaporojan, 527 E. 78th Street, #3D, New York, NY 10025; Wendell W. Webster, Trustee, 1775 K Street, NW, Suite 600, Washington, DC 20006; and the Office of the United States Trustee, 1115 South Union Street, Suite 210, Plaza Level, Alexandria, VA 22314.


　　　　　　　　　　　　　　　　__/s/Augustus T. Curtis_____
　　　　　　　　　　　　　　　　Augustus T. Curtis