The order below is hereby signed.

Signed: July 31 2014



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                              )
                                   )
PIERRE PHILIPPE BARKATS,            )    Case No. 14-00053
                                   )    (Chapter 7)
          Debtor.                  )

ORDER

The petitioners have filed a *Motion for an Emergency Interim Order* (Dkt. No. 33). The motion seeks inappropriate relief, including an order restraining the Superior Court of the District of Columbia, and intervention by this court in the Superior Court. Moreover, the motion is sketchy, at best, alleging insufficient facts to establish that a fraudulent conveyance is in the offing. It is thus

ORDERED that the *Motion for an Emergency Interim Order* is DENIED.

[Signed and dated above.]

Copies to: Petitioning creditors; recipients of e-notification of filings.

R:\Common\TeelSM\LKS\ORDERS\Order_deny motion for interim order_Pierre Philippe Barkats.wpd