The order below is hereby signed.

Signed: August 11 2014



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| PIERRE PHILIPPE BARKATS, | ) | Case No. 14-00053 |
| | ) | (Chapter 7) |
| Debtor. | ) | |

ORDER

The debtor has appeared in this case through counsel to contest previous efforts of the petitioners to make proper service of the summons and petition on him. The petitioners have now sought entry of an order under Rule 4(f)(3) of the Federal Rules of Civil Procedure to permit service on the debtor via e-mail service. It is

ORDERED that if the debtor, through his counsel, Merrill Cohen, or otherwise, intends to file an opposition to the *Motion for Substituted Service*, he shall file an opposition by August 21, 2014.

[Signed and dated above.]

Copies to: Recipients of e-notification of filings; Petitioning Creditors

R:\Common\TeelSM\LKT\ORDERS\Order_deadline_to_respond_Pierre_Philippe_Barkats.wpd