UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                            :
                                                  :
PIERRE PHILIPPE BARKATS,          :     Case No. 14-00053
                                                  :     Chapter 7
            Debtor                            :
_____:

**RESPONSE TO MOTION FOR ORDER
AUTHORIZING SUBSTITUTED SERVICE**

Pierre Philippe Barkats ("Barkats"), by and through his counsel, Cohen, Baldinger & Greenfeld, LLC, files this Response to the Motion for Order Authorizing Substituted Service (the "Motion") filed by petitioners Panagiotis Kalellis; Vladimir Shekoyan; and Laura Zaporojan (collectively, the "Petitioners"), and shows this Honorable Court as follows:

1.  The Petitioners filed the Motion on August 4, 2014, requesting various forms of substituted service, including authorization to serve Barkats at his former residence in the District of Columbia and to serve him via email.

2.  Prior to filing the Motion, the Petitioners' requested Barkats waive service of process pursuant to Fed. R. Bankr. P. 7004, incorporating Fed. R. Civ. P. 4(d).  They delivered their request to Pierre Barkats, "through counsel" Cohen, Baldinger & Greenfeld on July 23, 2014.  This office thereafter forwarded the request to Barkats in France.

3.  Rule 4(d) provides that a debtor be given "a reasonable time of at least 30 days after the request was sent – or at least 60 days if sent to the defendant outside any judicial district of the United States – to return the waiver. . ." Fed. R. Civ. P. 4(d)(1)(f).  Barkats has timely executed and returned the waiver, and it has been filed contemporaneously herewith.

-1-

4.  Pursuant to the terms of the waiver form provided by the Petitioners, a responsive pleading is due on or before October 21, 2014, as Barkats is located outside the United States. Barkats intends to file a response to the involuntary petition prior to such deadline.

5.  Because Barkats has agreed to waive service, there is no cause for alternative means of service, and the Petitioners' Motion should be denied as moot.

WHEREFORE, for the foregoing reasons, Barkats respectfully prays the Court deny the Motion For Order Authorizing Substituted Service in the present case, and grant such other relief as it finds just and proper.

COHEN, BALDINGER & GREENFELD, LLC

_____/s/_Augustus T. Curtis_____
Merrill Cohen, Esq. (Bar No. 381169)
Augustus T. Curtis, Esq. (Bar No. 993228)
2600 Tower Oaks Boulevard, Suite 103
Rockville, MD 20852
(301) 881-8300
Attorney for Pierre P. Barkats

## CERTIFICATE OF SERVICE

      I certify that the foregoing Response was served, this 20th day of August, 2014, via United States Mail, postage prepaid on: Panagiotis Kalellis, 1308 Clifton Street, NW, #207, Washington, DC 20009; Vladimir Shekoyan, 5204 45th Street, NW, #B, Washington, DC 20015; Laura Zaporojan, 527 E. 78th Street, #3D, New York, NY 10025; Wendell W. Webster, Trustee, 1775 K Street, NW, Suite 600, Washington, DC 20006; and the Office of the United States Trustee, 1115 South Union Street, Suite 210, Plaza Level, Alexandria, VA 22314.

                                                           __/s/Augustus T. Curtis_____
                                                           Augustus T. Curtis