UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| PIERRE PHILIPPE BARKATS, | : | Case No. 14-00053 |
| | : | Chapter 7 |
| Debtor | : | |
| _____ | : | |

## RESPONSE TO PETITIONERS' REPLY DECLARATION REGARDING SERVICE OF SUMMONS AND PETITION

Pierre Philippe Barkats ("Barkats"), by and through his counsel, Cohen, Baldinger & Greenfeld, LLC, responds to the Reply Declaration of Vladimir Shekoyan Regarding Service of Summons and Petition (the "Reply Declaration"), and shows this Honorable Court as follows:

1. At the Petitioners' request, Barkats waived service of the summons and petition on August 20th, 2014, within the time allowed for return of the executed waiver. On the same date, he filed a response to the Petitioners' motion seeking alternative service, indicating their motion was moot.

2. Petitioners now disagree, suggesting that the waiver is "a dilatory procedural motion" by Barkats – despite the fact that they requested it. They seek to disregard the waiver and serve the summons and petition via mailing to addresses in the District of Columbia (where they acknowledge Barkats does not live) and via email.

3. Having executed the waiver, Barkats is entitled to the prescribed time for answering. *See* Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 350, 119 S.Ct. 1322, 143 L.Ed.2d 448 (1999). (Defendant who timely returns waiver has prescribed period for answering); *See also,* Technologists Inc. v. Mir's Ltd., 725 F.Supp.2d 120 (D.D.C. 2010). The Petitioners cite no authority whatsoever for the suggestion that they can simply ignore the waiver and proceed with their effort to effect alternative service.

-1-

    4.    In addition to seeking to disregard the service waiver, Petitioners seek authority to effect service *retroactively,* claiming they have already served the petition and summons using the alternative means requested in their motion. In an "Affidavit of Service" filed with the Reply Declaration, they claim they served the summons and petition by mail to the District of Columbia addresses on August 4th, the same date they filed their motion requesting authority for such service. Even aside from the fact that the waiver request was outstanding on that date, however, their attempt to serve the petition and summons via alternative service before consideration was even given to their motion is wholly improper.

    5.    The Petitioners argue that Barkats is not entitled to ninety (90) days to respond to the petition and summons because he has not proven that he is " a person outside of the country." Rule 4(d) requires no proof that Barkats is a "person outside of the country." However, the Petitioners' waiver form itself states that ninety (90) days is allowed if the request is "sent outside the United States." Under Rule 4(d)(1)(A), Petitioners were required to mail the request to Barkats, but they did not do so. Instead, they dropped the waiver forms at the office of counsel, who sent the request to Barkats in France, where he executed and returned it. The waiver form was sent, and executed, outside the United States, and Barkats should have ninety (90) days to respond.

    6.    Petitioners cannot repudiate a waiver they requested and retroactively "serve" the petition and summons on August 4th, 2014. Barkats has agreed to waive service, and their motion should be denied as moot.

    WHEREFORE, for the foregoing reasons, Barkats respectfully prays the Court deny the Motion For Order Authorizing Substituted Service in the present case, and grant such other relief as it finds just and proper.

                COHEN, BALDINGER & GREENFELD, LLC

                _____/s/_Augustus T. Curtis_____
                Merrill Cohen, Esq. (Bar No. 381169)
                Augustus T. Curtis, Esq. (Bar No. 993228)
                2600 Tower Oaks Boulevard, Suite 103
                Rockville, MD 20852
                (301) 881-8300
                Attorney for Pierre P. Barkats

## **CERTIFICATE OF SERVICE**

  I certify that the foregoing Response was served, this 26th day of August, 2014, via United States Mail, postage prepaid on: Panagiotis Kalellis, 1308 Clifton Street, NW, #207, Washington, DC 20009; Vladimir Shekoyan, 5204 45th Street, NW, #B, Washington, DC 20015; Laura Zaporojan, 527 E. 78th Street, #3D, New York, NY 10025; Wendell W. Webster, Trustee, 1775 K Street, NW, Suite 600, Washington, DC 20006; and the Office of the United States Trustee, 1115 South Union Street, Suite 210, Plaza Level, Alexandria, VA 22314.

                __/s/Augustus T. Curtis_____
                Augustus T. Curtis