# C.S.M. - CORPORATE SERVICE & MANAGEMENT

SCS au capital de 152 000 Euros
Buckingham Palace
11, Avenue Saint Michel
Monte-Carlo
MC 98000 Monaco
Tél.: (377) 93 25 40 61
Fax: (377) 93 30 68 03
e-mail: csm@csmmonaco.com
web site: www.csmmonaco.com

Monaco, January 15th 2015

Mr Pierre Barkats,
3232 Garfield Street,
NW Washington DC 20008,
USA

## INVOICE N° 150101

Ref. :   Personal loan on behalf of MM. Jean-Loup & Irma Barkats, 12 avenue Le Mesnil, 06200 Nice to Mr Pierre Barkats, 3232 Garfield Street, NW Washington DC 20008, USA, still due since October 15th 2013

................................................................................................   € 67 000.00

C. S. M.  -  CORPORATE
SERVICE & MANAGEMENT

**Payment upon receipt, by bank transfer as follows :**

Bank : CMB – COMPAGNIE MONEGASQUE DE BANQUE
23 avenue de la Costa – MC 98000 Monaco Tel : +377 93 15 77 77
Beneficiary : CSM – CORPORATE SERVICE & MANAGEMENT SCS

A/C € n° : ███
IBAN : ███

A/C USD n° / ███
IBAN : ███

Bank code : ███
Desk code : ███
BIC : ███

C.S.M. - CORPORATE
SERVICE & MANAGEMENT
Buckingham Palace
11, avenue Saint-Michel
MC 98000 MONACO
S.S.E.E. N° 741 E 10490


**S.C.S. - CORPORATE SERVICE & MANAGEMENT**
COMPAGNIE MONÉGASQUE D'ÉTUDES ÉCONOMIQUES, FINANCIÈRES ET DE CONSEIL EN COMMUNICATION - S.S.E.E. N° 741 E 10490 - TVA Intracommunautaire : FR 12 00008237 1